UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PATTY YUEN,
                               Plaintiff,

                       22 Civ. 2680(LGS)

             -against-

                       ORDER

CIGNA LIFE INSURANCE COMPANY OF
NEW YORK,
                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial pretrial conference is scheduled for June 1, 2022.

    WHEREAS, by Order dated April 20 2022, the parties were directed to file a joint letter and proposed case management plan by May 25, 2022.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

    **ORDERED** that by **May 27, 2022**, the parties shall file the joint letter and proposed case management plan.

Dated: May 26, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE