UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATTY YUEN,
                            Plaintiff,

                -against-

CIGNA LIFE INSURANCE COMPANY OF
NEW YORK,
                            Defendant.
------------------------------------------------------------X

22 Civ. 2680 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated June 6, 2022, Plaintiff was directed to file a letter by June 10, 2022, stating whether the Court's review should be limited to the administrative record in this action, or if any discovery is necessary, including the nature of any anticipate discovery.

WHEREAS, Plaintiff has not filed any such letter. It is hereby

**ORDERED** that by **June 15, 2022**, Plaintiff shall file a letter stating whether the Court's review should be limited to the administrative record in this action, or if any discovery is necessary, including the nature of any anticipate discovery.

Dated: June 13, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE