UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATTY YUEN,
                          Plaintiff,

-against-                     22 Civ. 2680 (LGS)

                                    ORDER
CIGNA LIFE INSURANCE COMPANY OF
NEW YORK,
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Orders dated June 6, 2022, and June 13, 2022, Plaintiff was directed to file a letter stating whether the Court's review should be limited to the administrative record in this action, or if any discovery is necessary, including the nature of any anticipated discovery.

      WHEREAS, Plaintiff failed to timely file any letter.  It is hereby

      **ORDERED** that by **June 17, 2022**, Plaintiff shall file a letter stating whether the Court's review should be limited to the administrative record in this action, or if any discovery is necessary, including the nature of any anticipated discovery.  Plaintiff is advised that failure to comply with the Court's orders may result in dismissal for failure to prosecute and/or sanctions.

Dated: June 16, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE