UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATTY YUEN,
                                Plaintiff,

               -against-

CIGNA LIFE INSURANCE COMPANY OF
NEW YORK,
                                Defendant.
------------------------------------------------------------X

22 Civ. 2680 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Orders dated June 6, 2022, June 13, 2022, and June 16, 2022, Plaintiff was directed to file a letter stating whether discovery is necessary in this action, and was advised that failure to comply with the Court's orders may result in dismissal for failure to prosecute and/or sanctions.

WHEREAS, Plaintiff failed to timely file any letter. It is hereby

**ORDERED** that by **June 22, 2022**, Plaintiff shall file a letter stating whether discovery is necessary in this action, or the case will be dismissed for failure to prosecute.

Dated: June 21, 2022
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE