UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATTY YUEN,  :
                         Plaintiff,  :
  :
        -against-  :        22 Civ. 2680 (LGS)
  :
  :        <u>ORDER</u>
  :
CIGNA LIFE INSURANCE COMPANY OF  :
NEW YORK,  :
                    Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff filed the First Amended Complaint on April 21, 2022. Defendant waived service and the deadline for filing its answer is June 24, 2022.

      WHEREAS, an initial pretrial conference is scheduled for June 29, 2022.

      WHEREAS, in a joint letter dated June 3, 2022, Defendant stated that it intends to move for summary judgment.

      WHEREAS, by letters dated June 3, 2022, and June 22, 2022, the parties stated that discovery is not needed and the Court's review should be limited to the administrative record. It is hereby

      **ORDERED** that the initial pretrial conference scheduled for June 29, 2022, is **cancelled**. If the parties believe that a conference would be useful, they should inform the court immediately so the conference can be reinstated. It is further

      **ORDERED** that by **June 30, 2022**, the parties shall jointly file a proposed briefing schedule for Defendant's motion and any cross-motion by Plaintiff. The parties are advised that if they pursue cross-motions, each party will file two memoranda of law, not to exceed forty (40) pages in total. The parties will also be responsible for Bates-stamping and filing the

administrative record and a joint statement of undisputed facts, with citations to the Bates-stamped record, by the time the first brief is due.

Dated:  June 24, 2022
      New York, New York

                                                    **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**